[No. 32228-9-III.   Division Three.   March 16, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL CHRISTOPHER LAZCANO, *Appellant*.

Appeal from a judgment of the Superior Court for Whitman County, No. 12-1-00051-9, Maryann C. Moreno, J., entered January 31, 2014. *Affirmed* by unpublished opinion per Fearing, C.J., concurred in by Korsmo and Lawrence-Berrey, JJ.

[No. 34150-0-III.   Division Three.   March 16, 2017.]

DONNA ZINK ET AL., *Appellants*, v. BENTON COUNTY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Benton County, No. 15-2-02298-6, Alex Ekstrom, J., entered February 5, 2016. *Affirmed* by unpublished opinion per Pennell, J., concurred in by Lawrence-Berrey, A.C.J., and Korsmo, J.

[No. 34585-8-III.   Division Three.   March 16, 2017.]

COALITION OF CHILIWIST RESIDENTS AND FRIENDS ET AL., *Appellants*, v. OKANOGAN COUNTY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 15-2-00220-3, John Hotchkiss, J., entered October 20, 2015. *Affirmed* by unpublished opinion per Lawrence-Berrey, A.C.J., concurred in by Korsmo and Pennell, JJ.